IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:09-CV-692-WHA |
| | )   [WO] |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The plaintiff filed a motion for appointment of counsel on August 5, 2009 (Court Doc. No. 5). The court notes that the facts underlying the plaintiff's pending claims for relief are relatively simple, the law applicable to such claims is not complex nor is the plaintiff required to cite any case law to this court in order to proceed on his claims. Moreover, the pleadings filed in this case and several other cases filed by plaintiff with this court establish that the plaintiff is more than capable of presenting the relevant facts and necessary elements of his claims to this court and likewise fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, the interests of justice do not compel appointment of counsel at this time, and it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 6th day of August, 2009.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE